McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK MOBN 42670
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8975
Facsimile: (415) 744-0134
Carol.S.Clark@ssagov.

Attorneys for Defendant

MELISSA NEWEL
Newel Law
2625 Alcatraz Ave., Suite 132
Berkeley, CA 94705
(510) 316-3827
mnewel@newellawfirm.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| KIMBERLY ANDREA MULLER, <br><br> Plaintiff, <br><br> vs. <br> NANCY BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:18-cv-01184-GSA <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended by 30 days, from June 12, 2019, to July 12, 2019. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully

Stip. & Prop. Order for Ext.; 1:18-cv-01184-GSA      1

requests this additional time because Counsel for Defendant has been limited in her ability to work due to recent illness. Counsel for Defendant has conferred with counsel for Plaintiff, who consents to the request. The parties further stipulate that all subsequent dates in the Court's Scheduling Order shall be modified accordingly. Counsel for Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: June 12, 2019   By:   */s/* Melissa Newel*
(*as authorized via email on June 10, 2019)
MELISSA NEWEL
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ *Carol S. Clark*
CAROL S. CLARK
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **June 12, 2019**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE